App. Div.] Third Department, May, 1911.

Mary Ritter, Respondent, v. Acme Engineering and Contracting Company, Appellant.— Judgment and order reversed on the ground that the verdict is excessive, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $1,500, in which case the judgment is modified and as so modified judgment and order affirmed, with costs. All concurred, except Smith, P. J., and Betts, J., who voted for affirmance without modification.

Hannah C. Spencer, Respondent, v. Order of the Golden Seal, Appellant.— Judgment unanimously affirmed, with costs.

N. Allen Smallman, as Trustee in Bankruptcy, etc., of Daniel Grant, a Bankrupt, etc., Respondent, v. The Ogdensburg Roller Mills, Appellant. — Judgment unanimously affirmed, with costs.

Frank Toscano, Appellant, v. The Delaware and Hudson Company, Respondent.— Order unanimously affirmed, with costs.

Frank Van Deusen, Respondent, v. Albert E. Powers, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Josephine M. Weiss, Appellant, v. Daisey B. Cooper, Impleaded with Herbert D. Hoffnagle, Respondent.— Judgment unanimously affirmed, with costs.

American Case and Register Company, Appellant, v. Martha B. Griswold and Morgan B. Griswold, Respondents.— Judgment unanimously affirmed, with costs.

Henrietta Andrews, Appellant, v. George W. Allen, as Administrator, etc., of John W. Allen, Deceased, Respondent.— Motion granted on default.

James Blute, Respondent, v. Cornelius C. Fellowes, Appellant.— Motion for reargument denied.

Morgan W. Hopler, Respondent, v. Masey J. Clark, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer upon payment of costs of demurrer and of this appeal. All concurred, except Smith, P. J., not voting.

Abbie Lasher, Respondent, v. Thomas F. McDermott, as Executor, etc., of Rose Quest, Deceased, Appellant, Impleaded with James Quest and Others, Defendants.— Motion denied.

In the Matter of the Application of Henry J. Griffin, Town Superintendent of Highways of the Town of Bombay, Franklin County, New York, Respondent, for an Order Compelling One Calvin O. Harvey, Appellant, to Turn Over to Him the Books and Papers of Said Office.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Smith, P. J., not voting.

In the Matter of the Estate of Dr. David Kennedy, Deceased.— Motion denied.

In the Matter of the Application of Robert H. Weir, as Supervisor of the Town of Burke, Franklin County, State of New York, Respondent, to Compel the Delivery to Him of the Books and Papers Belonging or Appertaining to Such Office of Supervisor of the Town of Burke Aforesaid, and Now in Possession of Fred R. Badger, a Resident of the Town of Burke, Aforesaid, Appellant.— Order affirmed, with ten dollars costs and disbursements, and stay vacated. All concurred.